[No. 27336-9-III.   Division Three.   October 27, 2009.]

*In the Matter of the Marriage of* LESLIE DENNISON PEPPIN, *Respondent*, and JAY WILSON PEPPIN, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 07-3-00047-6, Michael E. Cooper, J., entered July 7, 2008. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Brown and Korsmo, JJ.

[Nos. 27367-9-III; 28049-7-III;   Division Three.   October 27, 2009.]
28466-2-III.

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN RICHARD HAMMER, *Appellant*.

*In the Matter of the Personal Restraint of* JUSTIN RICHARD HAMMER, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-00211-1, Michael P. Price, J., entered August 25, 2008, together with petitions for relief from personal restraint. Judgment *affirmed* and petitions *denied* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 27306-7-III.   Division Three.   October 29, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN JOSEPH COOK, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-01020-7, Carrie L. Runge, J., entered July 17, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Korsmo, JJ.